UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LEO SOLAN-BAINE CORPRON,

        Plaintiff,                      Case No. 1:25-cv-643

v.                                      Honorable Ray Kent

DAN ABBOTT,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  June 27, 2025                      /s/ Ray Kent
                                                 Ray Kent
                                                 United States Magistrate Judge